IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

In re: William Erickson     Case No. 3:19-bk-14191
        Debtor     Chapter 7

## MOTION TO EXTEND TIME TO FILE REAFFIRMATION AGREEMENT

Comes the debtor, William Erickson, by and through his attorney, Crawley Law Firm, PA, and for his Motion to Extend Deadline for Discharge, states:

1. Debtor filed his petition for protection under Chapter 7 of the bankruptcy code on or about August 12, 2019.

2. According to the Court's order, the deadline to file an objection to discharge is January 11, 2020.

3. The Debtor and Specialized Loan Servicing are still in the process of finalizing the reaffirmation agreement for the mortgage on his home.

4. Pursuant to Bankruptcy Rule 4008(a) the debtor is specifically requesting that he have an additional sixty (60) days from the date the order is filed, to file a reaffirmation agreement.

WHEREFORE, the debtor prays for an order allowing him an additional sixty (60) days to file a reaffirmation agreement.

**Respectfully Submitted,**
**Crawley Law Firm, PA**
**2702 S. Culberhouse, Suite N**
**Jonesboro, AR 72401**
**(870)972-1150**

/s/Michael E. Crawley, Jr.
**Michael E. Crawley, Jr.**

## **CERTIFICATE OF SERVICE**

       I, the undersigned attorney, do hereby certify that I have served a copy of the foregoing pleading on all the opposing parties to this action by mailing a copy thereof to the following on this 10th day of January 2020.

Lance Owens
Ch. 7 Panel Trustee
100 E. Matthews Ave.
PO Box 121
Jonesboro, AR 72401

                                              /s/Michael E. Crawley, Jr.
                                              **Michael E. Crawley, Jr.**